### PEARSALL, Respondent, v. MASON, Appellant.

(Common Pleas of New York City and County, General Term.   May 17, 1894.)

Action by Thomas Pearsall against John Mason.
Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.
Franklin Bien, for appellant.
Harriman & Fessenden, for respondent.
No opinion.   Appeal dismissed, with costs.

---

### PEOPLE v. BETTS et al.

(Common Pleas of New York City and County, General Term.   May 17, 1894.)

Motion by Carlton H. Betts, principal, and Alois E. Keim, surety, to vacate judgment entered on a forfeited recognizance.
Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.
John R. Fellows, for the People.
Joel M. Marx, for defendants.
No opinion.   Motion granted.   See 27 N. Y. Supp. 1123.

---

### PEOPLE v. DEGHLER et al.

(Common Pleas of New York City and County, General Term.   May 17, 1894.)

Motion by John Deghler and another to vacate judgment entered upon a forfeited recognizance.
Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.
John R. Fellows, for the People.
Geo. A. Minasian, for defendants.
No opinion.   Motion denied.

---

### PEOPLE v. LAPIDUS et al.

(Common Pleas of New York City and County, General Term.   May 17, 1894.)

Motion by Herman Lapidus and another to vacate judgment entered on a forfeited recognizance.
Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.
John R. Fellows, for the People.
Brooks, O'Sullivan & Brooks, for defendants.
No opinion.   Motion to remit forfeiture denied.

---

### PEOPLE v. LUCAS et al.

(Common Pleas of New York City and County, General Term.   May 17, 1894.)

Motion by George Lucas, principal, and Charles Lighte, surety, to vacate judgment entered on a forfeited recognizance.
Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.
John R. Fellows, for the People.
F. P. Trautman, for defendants.
No opinion.   Motion granted.